Filed 07/19/12    Case 12-15814    Doc 14

FILED
July 19, 2012
CLERK, U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA

0004347309

PHILLIP GILLET, JR.
ATTORNEY AT LAW
1705 27TH STREET
BAKERSFIELD, CALIFORNIA 93301-2807
(661) 323-3200 • FACSIMILE (661) 323-3078
lawyer@bak.rr.com
Phillip W. Gillet, Jr., State Bar No. 214914
Attorney for debtor[1]

UNITED STATES BANKRUPTCY COURT

EASTERN DISTRICT OF CALIFORNIA, FRESNO DIVISION

| In re:<br>ROBERT LIFSON<br>TONI LEE BLACK<br><br>Address:  164 N. CARSON ROAD<br>                BEVERLY HILLS, CA 90211<br><br>Social Security No(s)./ TIP No(s).<br>         xxx-xx-6835<br>         xxx-xx-5118<br>         11-3651203<br><br>Debtor(s). | Case No.: 12-15814-B-13<br>Chapter 13<br>Docket Control No.: PWG-001<br><br>DATE:   July 26, 2012<br>TIME:   9:00 a.m.<br>PLACE:  1300 18th Street, Suite A<br>        Bakersfield, California<br>JUDGE:  Hon. W. Richard Lee<br>        (assigned to case)<br>        Hon. Fredrick Clement<br>        (hearing judge) |
|---|---|

**DEBTOR'S DECLARATION SUPPORTING MOTION TO EXTEND THE STAY.**

    1.    I declare that I could, and would, competently testify, if called upon to do so, to each of the following facts based upon my own personal knowledge, and/or information and belief is so stated.

    2.    I previously filed a chapter 13 bankruptcy case number 09-61127-B-13 on 11/17/09 in the Eastern District of California.  It was dismissed on 2/5/2010.

    3.    I subsequently filed chapter 13 bankruptcy case number 10-11672-B-13 on 3/22/10 in the Eastern District of California.  It was dismissed on 06/18/2012.

    4.    Case number 10-11672-B-13 was dismissed for failure to make plan payments.

---

[1] The term "debtor" includes singular and plural. *See* 11 U.S.C. § 102(7).

1
DECLARATION OF DEBTOR(S)


ORIGINAL

5. A true and correct copy of the printout from the bankruptcy trustee's web site is attached as Exhibit A showing the payment received by the chapter 13 trustee in case number 10-11672-B-13.

6. This list coincides with the payments I made under the plan. They were received within a reasonable time after mailing given a reasonable time for mail to be delivered and the payments proceeds.

7. The reason I started having trouble making payments is that my employment ended when my employer, without notice and abruptly ceased it operations.

8. I was unemployed for a period of time.

9. There is a change of circumstances in that I am now employed at another job.

10. Given my current financial circumstances, I do not believe I can afford my home. So, I have decided to surrender it in my chapter 13 plan.

11. I was forced into seeking chapter 13 bankruptcy relief because my car lender told me that they were going to repossess my vehicle as my previous chapter 13 plan payment did not pay the amount required under the finance contract.

12. I cannot go to work and maintain my employment without a vehicle.

13. I therefore choose to use the bankruptcy process to reorganize my debts and pay my unsecured creditors what I can reasonably afford.

I declare under penalty of perjury of the laws of the State of California that the foregoing is true and correct.

Dated: 7/17/2012            _____
                            Debtor, Robert Lifson

Dated: 07/17/2012           _____
                            Joint Debtor, Toni Lee Black

PHILIP GILLET, JR.
ATTORNEY AT LAW
1705 27TH STREET • BAKERSFIELD, CA 93301-2807 • (661) 323-3200 • FACSIMILE (661) 323-3078 • www.bakersfieldlaw.org

2
DECLARATION OF DEBTOR(S)