FILED
July 30, 2012
CLERK, U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA
D22

# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF CALIFORNIA
### CIVIL MINUTE ORDER

| | | |
|---|---|---|
| Case Title : | Robert Lifson and Toni Lee Black | Case No : 12−15814 − B − 13 |
| | | Date : 7/26/12 |
| | | Time : 09:00 |
| Matter : | [12] − Motion/Application to Extend Automatic Stay [PWG−1] Filed by Joint Debtor Toni Lee Black, Debtor Robert Lifson (tsef) | |
| Judge : | Fredrick E. Clement | |
| Courtroom Deputy : | Gay Parker | |
| Reporter : | Linda Gorman | |
| Department : | A | |

**APPEARANCES for :**
**Movant(s) :**
   Debtor(s) Attorney − Phillip W. Gillet Jr.
**Respondent(s) :**
None

## CIVIL MINUTE ORDER

Findings of fact and/or conclusions of law are included in the civil minutes and good cause appearing.

IT IS ORDERED that the motion is granted as to all parties actually noticed with this motion and excepting any party who has previously litigated stay relief as to this debtor.

Dated: Jul 30, 2012

Fredrick E. Clement
United States Bankruptcy Judge